TRINETTE G. KENT (State Bar No. 025180)
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Michigan Consumer Credit Lawyers
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Aaron Bornstein*

IN UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aaron Bornstein, | Case No.: |
| Plaintiff, | |
| vs. | **COMPLAINT** |
| Capital One Bank, USA, N.A., a foreign corporation, | **JURY TRIAL DEMAND** |
| Defendant. | |

1

NOW COMES THE PLAINTIFF, AARON BORNSTEIN, BY AND THROUGH COUNSEL, TRINETTE G. KENT, and for his Complaint against the Defendant, pleads as follows:

## JURISDICTION

1. Jurisdiction of this court arises under 15 U.S.C. §1681p.

2. This is an action brought by a consumer for violation of the Fair Credit Reporting Act (15 U.S.C. §1681, *et seq.* [hereinafter "FCRA"]).

## VENUE

3. The transactions and occurrences which give rise to this action occurred in the City of Buckeye, Maricopa County, Arizona.

4. Venue is proper in the District of Arizona, Phoenix Division.

## PARTIES

5. The Defendant to this lawsuit is Capital One Bank, USA. N.A. ("Capital One"), which, upon information and belief, is a foreign corporation that maintains registered offices in Richmond, Virginia.

## GENERAL ALLEGATIONS

6. In February 2016, Mr. Bornstein obtained his Experian credit file and noticed that Capital One reported its trade line with account number:

517805765161**** ("Errant Trade Line") with erroneous late payments that occurred in 2013.

7. Mr. Bornstein was never late in making his payments to Capital One regarding the Errant Trade Line. He made all of his payments before the scheduled due date each month.

8. Sometime in 2013, a representative from Capital One informed Mr. Bornstein that he owed a membership fee, which is false because he never owed any type of membership fee to it.

9. On or about October 6, 2016, Mr. Bornstein submitted a letter to Experian, disputing the late payments on the Errant Trade Line. He explained what transpired with Capital One regarding the late payments and asked Capital One to remove late payments from his credit file.

10. Upon information and belief, Experian forwarded Mr. Bornstein's consumer dispute to Capital One.

11. On or about October 19, 2016, Mr. Bornstein received Experian's investigation results, which showed that Capital One retained the reporting of several late payments in 2013 on the Errant Trade Line.

## COUNT I

### NEGLIGENT VIOLATION OF THE FAIR CREDIT REPORTING ACT BY CAPITAL ONE

12. Plaintiff realleges the above paragraphs as if recited verbatim.

13. After being informed by Experian of Mr. Bornstein's consumer dispute of the late payments on the Errant Trade Line, Capital One negligently failed to conduct a proper investigation of Mr. Bornstein's dispute as required by 15 USC 1681s-2(b).

14. Capital One negligently failed to review all relevant information available to it and provided by Experian in conducting its reinvestigation as required by 15 USC 1681s-2(b). Specifically, it failed to direct Experian to remove the late payments on the Errant Trade Line.

15. The Errant Trade Line is inaccurate and creating a misleading impression on Mr. Bornstein's consumer credit file with Experian to which it is reporting such trade line.

16. As a direct and proximate cause of Capital One's negligent failure to perform its duties under the FCRA, Mr. Bornstein has suffered damages, mental anguish, suffering, humiliation, and embarrassment.

17. Capital One is liable to Mr. Bornstein by reason of its violations of the FCRA in an amount to be determined by the trier fact together with reasonable attorneys' fees pursuant to 15 USC 1681o.

18. Mr. Bornstein has a private right of action to assert claims against Capital One arising under 15 USC 1681s-2(b).

**WHEREFORE, PLAINTIFF PRAYS** that this court grant him a judgment against the Defendant Capital One for damages, costs, interest, and attorneys' fees.

## COUNT II

## WILLFUL VIOLATION OF THE FAIR CREDIT REPORTING ACT BY CAPITAL ONE

19. Plaintiff realleges the above paragraphs as if recited verbatim.

20. After being informed by Experian that Mr. Bornstein disputed the accuracy of the information it was providing, Capital One willfully failed to conduct a proper reinvestigation of Mr. Bornstein's dispute.

21. Capital One willfully failed to review all relevant information available to it and provided by Experian as required by 15 USC 1681s-2(b).

22. As a direct and proximate cause of Capital One's willful failure to perform its duties under the FCRA, Mr. Bornstein has suffered damages, mental anguish, suffering, humiliation, and embarrassment.

23. Capital One is liable to Mr. Bornstein for either statutory damages or actual damages he has sustained by reason of its violations of the FCRA in an amount to be determined by the trier fact, together with an award of punitive damages in the amount to be determined by the trier of fact, as well as for reasonable attorneys' fees that he may recover pursuant to 15 USC 1681n.

**WHEREFORE, PLAINTIFF PRAYS** that this court grant him a judgment against the Defendant Capital One for the greater of statutory or actual damages, plus punitive damages, along with costs, interest, and attorneys' fees.

## JURY DEMAND

Plaintiff hereby demands a trial by Jury.

DATED: November 17, 2016

By: ___/s/   Trinette G. Kent_____
Trinette G. Kent
Attorneys for Plaintiff,
Aaron Bornstein