NOT FOR PUBLICATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aaron Bornstein,<br><br>        Plaintiff,<br><br>v.<br><br>Capital One Bank USA NA,<br><br>        Defendant. | No. CV-16-03991-PHX-JJT<br><br>**ORDER** |

Upon review of the parties' Stipulation for Dismissal With Prejudice (Doc. 25), and good cause appearing,

IT IS ORDERED granting the Stipulation (Doc. 25). The above-entitled matter is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

Dated this 12th day of May, 2017.

Honorable John J. Tuchi
United States District Judge